IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No: 11-cr-00279-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   XAVIER GALVEZ-CHAVEZ,
2.   ELIAS HERRERA-ZAMORA,
3.   JOSE ALEJANDRO PACHECO-SANCHEZ,
4.   CARLOS GARCIA-MARQUEZ, and
5.   MARICELA FERNANDEZ-CASTELLANOS,

    Defendants.

## ORDER

This matter is before the Court on the Government's Motion to Disclose Grand Jury Material to Defendants [Docket No. 140].

Having reviewed the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same. It is therefore

**ORDERED** that the Government's Motion to Disclose Grand Jury Material to Defendants [Docket No. 140] is granted. The United States may disclose grand jury testimony, grand jury exhibits, and other grand jury materials to defendants and their attorneys in this case. It is further

**ORDERED** that such materials shall only be used in defending this case; that such materials are to be disclosed only to defendants and their attorneys; that defendants' attorneys shall maintain custody of such materials and shall not reproduce

or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

DATED December 13, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge