IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00279-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. CARLOS GARCIA-MARQUEZ,

    Defendant.

---

## AMENDED MINUTE ORDER SETTING CHANGE OF PLEA HEARING
---

**Entered by Judge Philip A. Brimmer**

    A Notice of Disposition was filed on April 25, 2012 [Docket No. 265]. A Change of Plea hearing is set for **May 30, 2012 at 3:00 p.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

    The Plea Agreement and Statement Relevant to Sentencing required by D.C.COLO.LCrR 11.1C (in the form prescribed by Appendix J) shall include also a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. It is further

    DATED May 2, 2012.