IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00279-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. XAVIER GALVEZ-CHAVEZ,

    Defendant.

_____

**ORDER**
_____

This matter comes before the Court on the Government's Motion to Dismiss the Superseding Indictment as to Defendant Xavier Galvez-Chavez [Docket No. 463]. It is

**ORDERED** that the Government's Motion to Dismiss the Superseding Indictment as to Defendant Xavier Galvez-Chavez [Docket No. 463] is granted. It is further

**ORDERED** that Counts One, Ten, Eleven, Twelve, Fifteen, Sixteen, and Seventeen of the Superseding Indictment are dismissed as to defendant Xavier Galvez-Chavez.

DATED January 3, 2013.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge